the first, second, and seventh requests, so much of the eighth request as calls for the time, place, manner, extent, and kind of the services, support, attention, care, and assistance that are referred to in such request, and, as regards the ninth request, the amount of money and other valuable considerations paid, the time and place of payment or payments, the names and addresses, so far as known, of the persons to whom paid, and the manner of payments, and that she also state amount of money deposited, which was saved and owned by herself.

NELSON v. EMIGRANT INDUSTRIAL SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Ellen Nelson against the Emigrant Industrial Savings Bank and James S. Duffy, as executor, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and ordered that plaintiff render, within 10 days after entry of order herein, a verified bill of particulars, answering the first, second, and seventh requests, so much of the eighth request as calls for the time, place, manner, extent, and kind of the services, support, attention, care, and assistance that are referred to in such request, and, as regards the ninth request, the amount of money and other valuable considerations paid, the time and place of payment or payments, the names and addresses, so far as known, of the persons to whom paid, and the manner of payments, and that she also state amount of money deposited, which was saved and owned by herself.

NELSON v. GREENWICH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Ellen Nelson against the Greenwich Savings Bank and James S. Duffy, as executor, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and ordered that plaintiff render, within 10 days after entry of order herein, a verified bill of particulars, answering the first, second, and seventh requests, so much of the eighth request as calls for the time, place, manner, extent, and kind of the services, support, attention, care, and assistance that are referred to in such request, and, as regards the ninth request, the amount of money and other valuable considerations paid, the time and place of payment or payments, the names and addresses, so far as known, of the persons to whom paid, and the manner of payments, and that she also state amount of money deposited, which was saved and owned by herself.

In re NESTELL. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of John J. Nestell, as executor and trustee, etc. C. R. Waterbury, for appellant. W. H. Van Benschoten, for respondent. No opinion. Orders (72 Misc. Rep. 331, 131 N. Y. Supp. 193) affirmed, with $10 costs and disbursements. Orders filed.

In re NESTELL (two cases). (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of John J. Nestell, as executor, etc. No opinion. Motions denied, with $10 costs. Order filed. See, also, 72 Misc. Rep. 331, 131 N. Y. Supp. 193.

NICHOLS, Appellant, v. GREENSTREET, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Marion L. Nichols against Charles J. Greenstreet. E. Tepper, for appellant. S. Barker, for respondent. No opinion. Judgment and order (71 Misc. Rep. 196, 130 N. Y. Supp. 843) affirmed, with costs. Order filed.

NICHTMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Agnes Nichtman, an infant, etc., against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with costs.

In re NORRIS. (Supreme Court, Appellate Division, First Department. October 20, 1911.) In the matter of Edward W. Norris. No opinion. Reference ordered. Settle order on notice.

NOTMAN et al., Respondents, v. J. M. GUFFEY PETROLEUM CO., Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Charles P. Notman and another against the J. M. Guffey Petroleum Company. E. Norton, for appellant. J. Nicolson, for respondents. No opinion. Order (128 N. Y. Supp. 20) affirmed, with $10 costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 1137.

NUGENT, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by James Nugent against the Degnon Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

NUGENT, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by James Nugent against the Degnon Contracting Company. No opinion. Motion denied, without costs. See, also, supra.

OAKES et al., Respondents, v. BRANTINGHAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Chandler A. Oakes, as executor, etc., of Jonathan Barnum, deceased, and others, against May Thorne Brantingham and another. No opinion. Judgment reversed on law and facts, on the ground that the judgment is against the weight of evidence, and new trial granted, with costs to appellants to abide event.